Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>v.<br><br>JON ERICKSON,<br><br>Defendant. | NO. 3:24-cv-05664-DGE<br><br>STIPULATED MOTION AND ORDER TO SET ASIDE THE ENTRY OF DEFAULT<br><br>NOTED ON MOTION CALENDER: WEDNESDAY, OCTOBER 23, 2024 |

## I. STIPULATED MOTION

Defendant JON ERICKSON, by and through his attorneys of record, and Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., by and through its attorneys of record, respectfully submit this Stipulated Motion to Set Aside the Entry of Default and hereby stipulate to the following:

1. National Union filed its Complaint on August 13, 2024.

2. National Union served its Complaint on Mr. Erickson by personal service on September 19, 2024.

STIPULATED MOTION AND ORDER TO SET ASIDE THE ENTRY OF DEFAULT - 1
No. 3:24-CV-05664-DGE

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

3. Mr. Erickson failed to file a responsive pleading to National Union's Complaint prior to the deadline to do so.

4. On October 15, 2024, National Union filed a Request for Entry of Default as to Mr. Erickson.

5. On October 16, 2024, a Default by Clerk was entered against Mr. Erickson.

6. National Union has agreed to set aside the entry of default as to Mr. Erickson and to permit Mr. Erickson to file its responsive pleading by October 29, 2024.

I certify that this memorandum contains 156 words, in compliance with the Local Civil Rules.

DATED this 23rd day of October, 2024.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant

By   *s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Liam F. McKeegan, WSBA #61206
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
lmckeegan@gordontilden.com

DATED this 23rd day of October, 2024.

**JENSEN MORSE BAKER PLLC**
Attorneys for Plaintiff

By   *s/Gabriel Baker*
Gabriel Baker, WSBA #228473
Benjamin Roesch, WSBA #39960
520 Pike Street; Suite 2375
Seattle, Washington 98101
Gabe.baker@jmblawyers.com
Benjamin.roesch@jmblawyers.com

STIPULATED MOTION AND ORDER TO SET ASIDE THE ENTRY OF DEFAULT - 2
No.  3:24-CV-05664-DGE

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**ORDER**

IT IS HEREBY ORDERED that good cause exists to set aside the entry of default.

Accordingly, the Court GRANTS the Stipulated Motion to Set Aside the Entry of Default.

DATED this 24th day of October 2024.

_____
David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER TO SET ASIDE THE
ENTRY OF DEFAULT - 3
No.  3:24-CV-05664-DGE

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477