UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>JON ERICKSON,<br><br>　　　　　　　　Defendant. | CASE NO. 3:24-cv-05664-DGE<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　　Pursuant to the Parties' Stipulated Notice of Voluntary Dismissal (Dkt. No. 16), this action is DISMISSED with prejudice in its entirety.  The Clerk shall close the case.

　　　　Dated this 31st day of January 2025.

　　　　The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1